```
                              United States Bankruptcy Court
                                    District of Maryland
In re:                                                                       Case No. 14-12941-pm
Capricorn Pharma, Inc.                                                       Chapter 11
       Debtor                         CERTIFICATE OF NOTICE
District/off: 0416-0          User: khorning              Page 1 of 5                  Date Rcvd: May 28, 2014
                              Form ID: pdfall             Total Noticed: 210


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2014.
db           +Capricorn Pharma, Inc.,    6900 English Muffin Way, Unit #A,    Frederick, MD 21703-7157
cr           +DLLRState of Maryland,    Office of Unemployment Insurance,    Litigation and Prosecution Unit,
               1100 North Eutaw Street, Room 401,    Baltimore, MD 21201-2201
cr           +c/o Alan Betten, Esq BRE/Mars Property Owner, LLC,    Sagal, Cassin, Filbert & Quasney, P.A.,
               600 Washington Avenue,    Ste 300,   Towson, MD 21204-3916
28637896     +3M Petrifilm,    PO Box 371277,    Pittsburgh, PA 15250
28586633     +AAI Pharma,    2320 Scientific Park Dr.,    Wilmington, NC 28405-1800
28637898      AAIPharma,    P.O. Box 11407,    Birmingham, AL 35246-1619
28637899     +ABF Freight System Inc.,    16125-B BUSINESS P,    HAGERSTOWN, MD 21740-4205
28637903     +AIC,    135 Newbury Street,    Framingham, MA 01701-4590
28637908      ALS Enviornmental,    PO Box 975444,    Dallas, TX 75397-5444
28586635      ALS Environmental,    8081 Lougheed Hwy,    Burnaby,    British Columbia, Canada V5A1W9
28637900      Accugenix, Inc. / Charles River Laborato,    GPO Box 27812,    New York, NY 10087-7812
28637901     +Adenike Bamgboye,    995 Heather Ridge Drive,    Apt C,    Frederick, MD 21702-1429
28637902     +Agilent Technologies Inc,    4187 Collections Center Drive,    Chicago, IL 60693-0041
28637904     +Air Engineering Inc,    6040 W Executive Dr.,,    Suite K,    Mequon, WI 53092-4481
28637905      Air Flow Environmental,    7845 Airpark Rd.,,    Unit H,    Gaithersburg, MD 20879-4185
28637906     +Ajaykumar Mallesha,    1205 Baker Place,    APT 44,    Frederick, MD 21702-4636
28586634     +Alan Betten,    600 Washington Ave,    Suite 300,    Towson, MD 21204-3916
28637907     +All American Containers, Inc,    9330 NW 110th Avenue,    Miami, FL 33178-2519
28691424     +All American Containers, Inc.,    George S. Savage, Esq.,    The Savage Law Group, P.A.,
               701 Brickell Avenue, Suite 1650,    Miami, FL 33131-2847
28586636      Amcor Flexibles,    22553 Network Place,    Chicago, IL 60673-1225
28637911      Amcor Packaging,    PO 88849,    Chicago, IL 60695-1849
28637912     +Analytical Laboratory Services,    34 Dogwood Lane,    Middletown, PA 17057-3500
28600157     +Aylward Enterprises,    401 Industrial Drive,    New Bern, NC 28562-5437
28586637     +Aylward Enterprises LLC,    401Industrial Dr,    New Bern, NC 28562-5437
28637915      B R E Mars Property Owner, Inc.,    co Indcor Properties Inc.,    Red Bank, NJ 07701
28637926      BRE/Mars Property Owner LLC,    4967 Solution Center,    Chicago, IL 60677-4009
28637916      Bahnson Environmental Specialties, LLC,    PO Box 60074,    Charloyye, NC 28260
28637917     +Banogle Binyougue Daniel H,    1949 Timbergrove road,    Frederick, MD 21702-3099
28637920     +Bio-Haz Solutions,    P.O. Box 420,    531 Seneca Rd., Suite 2,    Lehighton, PA 18235-9798
28637922      Biomerioux,    PO Box 500308,    St. Louis, MO 63150-0308
28637923     +Biotest,    EMD Millipore Corporation,    290 Concord Road,    Billerica, MA 01821-3405
28637924     +Blispak Acquisition Corp.,    1 Apollo Dr.,    Whippany, NJ 07981-1424
28637925     +Bonna-Agela Technologies Inc.,    2038A Telegraph Rd,    Wilmington, DE 19808-5230
28637927     +Brenntag Specialties,    1000 Coolidge Street,    South Plainfield, NJ 07080-3805
28637929     +C.N.A Insurance,    Box # 382033,    Pittsburgh, PA 15250-8033
28586640     +Care First BlueCross Blue Shield,    840 First Street NE,    Washington, DC 20065-0003
28637930     +CareFirst BlueCross/BlueShield,    840 First St NE,    Washington, DC 20065-0003
28586641     +Catherine DiGennaro,    1518 Havilland Pl.,    Frederick, MD 21702-3731
28637931     +Chantilly Bio Pharma, LLC,    3701 Concorde Parkway,    Ste 500,    Chantilly, VA 20151-1126
28637933     +Chattem Chemicals, Inc.,    3801 St. Elmo Avenue,    Chattanooga, TN 37409-1237
28637934     +Checkpoint Systems, Inc.,    101 Wolf Drive,    Thorofare, NJ 08086-2243
28637935     +Cintas,    P.O. Box 1385,    Culpeper, VA 22701-6385
28637936     +Cole Parmer,    625, East Bunker Court,    Vernon Hills, IL 60061-1830
28637937      Comcast,    PO Box 3005,    Southeastern, PA 19398-3005
28637938     +CommPutercations, Inc,    5712C Industry Lane,    Frederick, MD 21704-5218
28586913     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
28637940     +Contract Supplement Packaging,    529 N. Dupont Ave,    Boise, ID 83713-5906
28586642     +Corporation Service Co as Rep.,    P.O. Box 2576,    Springfield, IL 62708-2576
28637942     +Covance Laboratories,    PO Box 820511,    Philadelphia, PA 19182-0511
28637943     +Craig. M. Kershaw,    5515 Hudson Drive,    Skyesville, MD 21784-6866
28637944     +Cross Wiping Cloth Company,    P.O. Box 670242,    Detroit, MI 48267-0242
28637945     +Cynthia Pinto,    2022 Weitzel court,    Frederick, MD 21702-5505
28663196     +DLLR,    Office of Unemployment Ins.,    Contributions Division,    Litigation and prosecution Unit,
               1100 North Eutaw Street, Room 401,    Baltimore MD 21201-2201
28637953     +DMSI Staffing,    PO 7112,    2127 Ayrsley Town Blvd,    Charlotte, NC 28273-3554
28637947     +Deitz Company Inc.,    PO Box 1108,    Wall, NJ 07719-1108
28637948      Deluxe for Business,    PO Box 742572,    Cincinnati, OH 45274-2572
28637949     +Detail Machine Company,    PO Box 13,    8 East Grand Street,    Palatine Bridge, NY 13428-9776
28637950     +Direct Capital,    155 Commerce Way,    Portsmouth, NH 03801-3243
28637951      Divi’s Laboratories Ltd,    Divi Towers,,    7-1-77/E/1/303 Dharam Karan Road, Ameerp,
               Hyderabad, AP, INDIA 500 016
28637952     +Dixie Printing and Packaging, LLC,    Box #: 512632,    Philadelphia, PA 19175-2632
28637954     +Econocorp Inc,    72 Pacella Park Drive,    Randolph, MA 02368-1791
28637955     +Elements,L.L.C.,    250 South Van Brunt St,    Englewood, NJ 07631-4036
28637956     +Elizabeth Carbide of N.C.,    5801 E US HWY 64,    Lexington, NC 27292-6607
28637957     #+Eurofins Central Analytical Laboratories,    2315 N Causeway Blvd.,    Suite 150,
               Metairie, LA 70001-6954
28637958     +Expeditors Intl of Washington, Inc.,    45080 Old Ox Rd,    Suite 120,    Dulles, VA 20166-2342
28586643      Fed-Ex Freight,    PO Box 223125,    Pittsburgh, PA 15251-2125
```

```
District/off: 0416-0          User: khorning              Page 2 of 5              Date Rcvd: May 28, 2014
                              Form ID: pdfall             Total Noticed: 210


 28676139       +FedEx Tech Connect Inc as Assignee,    of FedEx Express/Ground/Freight/Office,
                  3965 Airways Blvd, Module G, 3rd Floor,    Memphis, Tennessee 38116-5017
 28637960        Federal Ex Freight,    P.O. Box 223125,    Pittsburgh, PA 15251-2125
 28637961        Financial Pacific Leasing,    PO Box 749642,    Los Angeles, CA 90074-9642
 28637962       +First Potomac Realty,    Box #: 17172,    Baltimore, MD 21297-1172
 28586644        Fisher Scientific,    PO Box 3648,    Boston, MA 02241-3648
 28637963       +Fisher Scientific,    300 Industry Drive,    Pittsburgh, PA 15275-1001
 28637965        Flaiz Associates,    PO Box 349,    200 South Church Street,    Schaefferstown, PA 17088-0349
 28637966        Flavor & Fragrance Specialties,     P.O. Box 299,    Emerson, NJ 07630-0299
 28637967       +Foltz Mfg.,    63 East Washington St,    Hagerstown, MD 21740-5676
 28637968        Fortitech Inc,    PO Box 416966,    Boston, MA 02241-6966
 28586645       +Fortitech Inc,    2105 Technology Dr,    Schenectady, NY 12308-1151
 28586646       +GE Capital Corop.,    20225 Watertower Blvd.,    Brookfield, WI 53045-3597
 28637972        GE Healthcare Financial Svcs,    P.O. Box 641419,    Pittsburgh, PA 15264-1419
 28637973       +General Auditing Bureau,    Box #: 9658,    Minneapolis, MN 55440-9658
 28586647        General Electric Capital Corp.,    PO Box 414-W-490,    Milwaukee, WI 53201
 28637974       +Generic Pharmaceutical Services,     1324 Motor Pkwy,    Hauppauge, NY 11749-5226
 28637975       +Gibraltar Laboratories Inc,    16 Montesano Rd,    Fairfield, NJ 07004-3310
 28637976       +Gonzalez, Consuelo N,    90 Waverly drive,    Apt N-301,    Frederick, MD 21702-4813
 28637977       +Gottscho Printing Systems,    501 Southlake Blvd,    Richmond, VA 23236-3042
 28637981       +Great Atlantic,    280 Great VAlley Parkway,    Malvern, PA 19355-1361
 28683324        Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
                  Hartford, CT 06115
 28586649        Hartford Fire Insurance Company,    PO Box 660916,    Dallas, TX 75266-0916
 28637985       +Hruai, Van,    1074 Redfield court,    Apt 1C,    Frederick, MD 21703-6285
 28637986       +Hunter Design,    131 Oxford Avenue,    Boonton, NJ 07005-2203
 28637987       +Hunton and Williams,    PO Box 18936,    Washington, DC 20036-8936
 28586650       +IMA North America,    7 New Lancaster Rd,    Leominster, MA 01453-5224
 28637988       +IMA North America,    c/o IMA Nova,    7 New Lancaster Road,    Leominster, MA 01453-5224
 28637991       +ISP / Ashland Specialty Ingredients,     1361 Alps Road,    Building 8-2,    Wayne, NJ 07470-3700
 28586651       +Ira Zimmerman,    8630 Fenton St,    #320,    Silver Spring, MD 20910-3816
 28637993        J.C. Ehrlich Co. Inc,    P.O. Box 13848,    Reading, PA 19612-3848
 28708329       +James Sayler,    13521 Spring hill drive,    Hagerstown, MD 21742-2537
 28637994       +Janki Kulluri,    602 Knoll crest place,    Apt G,    Cockeysville, MD 21030-3982
 28637995       +Jasmine Waghulade,    133 Willowdale drive,    Frederick, MD 21702-1163
 28637996       +Jim Sayler,    13521 Spring Hill Drive,    Hagerstown, MD 21742-2537
 28637997       +K&L Gates LLP,    1601 K St. NW,    Washington, DC 20006-1682
 28638001       +KORSCH America Inc,    18 Bristol Drive,    South Easton, MA 02375-1108
 28637998        Kerry BioScience,    Box 409141,    Atlanta, GA 30384-9141
 28637999       +King, joe nathan,    1012 E. Security road,    Hagerstown, MD 21742-4164
 28638000       +Korber Medipak NA Inc,    14501 58th Street,    North Clearwater, FL 33760-2808
 28638002       +Label Master,    5724 North Pulaski Road,    Chicago, IL 60646-6797
 28638004       +Labor Ready,    PO Box 820145,    Philadelphia, PA 19182-0145
 28638005       +Lachman Consultant Services, Inc,     1600 Stewart Ave.,    Ste 604,    Westbury, NY 11590-6645
 28638006       +Lease Brothers Sheet Metal, Inc.,    4580B Mack Avenue,    Frederick, MD 21703-7345
 28638008       +Long, Robert,    11915 Warner road,    Keymar, MD 21757-8113
 28638009       +Lopez, De Zoya, Lucia,    1312 Peachtree court,    Frederick, MD 21703-6032
 28638010       +Markem-Imaje Corporation,    PO Box 3542,    Boston, MA 02241-3542
 28638011       +Martinez, Fernando Lucas,    109 Lauren court,    frederick, MD 21703-1372
 28586654        Maryland Comptroller of Treasury,    301 W Preston St,    Baltimore, MD 21201-2383
 28586655       +Maryland DLLR,    1100 North Eutaw Street,    Baltimore, MD 21201-2201
 28638016        Maryland State Comptroller of Treasury,     301 W. Preston Street,    Baltimore, MD 21201-2383
 28638017       +Maryland State Licensing, Labor and Regu,     1100 North Eutaw street,,    Baltimore, MD 21201-2201
 28638018       +Mayur Phadke,    45485 Caboose Terrace,    Apt 302,    Sterling, VA 20166-6819
 28638019        McMaster-Carr Supply Company,    P.O. Box 7690,    Chicago, IL 60680-7690
 28638020       +Mettler Toledo Inc,    1900 POLARIS PARKWAY,    COLUMBUS, OH 43240-4055
 28638021       +Micro Biologics,    217 Osseo Ave. North,    St. Cloud, MN 56303-4452
 28638022       +Miles and Stockbridge,    30 West Patrick Street,    frederick, MD 21701-5665
 28638023       +Muralidhar Purohit,    615 Hollowstone road,    Frederick, MD 21703-4541
 28638024       +Mutchler Inc,    20 Elm St.,    Harrington Park, NJ 07640-1902
 28638031        NIST,    PO Box 301505,    Los Angeles, CA 90030-1505
 28638026       +Narender Reddy,    602 Knoll crest place,    Apt G,    Cockeysville, MD 21030-3982
 28586657       +Natoli Engineering,    28 Research Park circle,    St Charles, MO 63304-5624
 28638030        Newark,    P.O. Box 94151,    Palatine, IL 60094-4151
 28638032       +Nivaran Kapur,    44382 Apache Circle,    Ashburn, VA 20147-5043
 28638034       +Ojo, Debola,    820 Heather ridge drive,    Frederick, MD 21702-8839
 28638035       +Organized Kashrus Laboratories,    391 Troy Ave,    Brooklyn, NY 11213-5322
 28638036       +Package All Corp.,    655 Church Street,    Bayport, NY 11705-1098
 28638037       +Packaging Services,Inc.,    16461 Elliot Parkway,    Williamsport, MD 21795-4082
 28586658       +Philip R Murray,    244 Main St,    3rd Fl.,    Gaithersburg, MD 20878-5588
 28638040       +Prahlad Bhusurapalli,    144 Penwick circle,    Frederick, MD 21702-5106
 28638041       +Premier Health Concepts LLC,    782 Burr Oak Dr,    Westmont, IL 60559-1122
 28638043        Prime Rate Premium Financed Corp. Inc,    PO Box 580016,    Charlotte, NC 28258-0016
 28638044       +Priyanka Yellamanchalli,    202 Duke of kent Lane,    Apt T3,    Cockeysville, MD 21030-5822
 28638045       +ProSweetz Ingredients Inc,    98-A Mayfield Avenue,    Edison, NJ 08837-3821
 28638046        R&L Carriers, Inc,    P.O. Box 713153,    COLUMBUS, OH 43271-3153
 28731142       +Ravi Myneni,    POB 2310,    Reston VA 20195-0310
 28638047       +Rekha Patel,    12 Monarch vista court,    Germantown, MD 20874-2925
 28638048      #+Revanth Mutyala,    3315 Quarry Ridge Drive,    Evansville, IN 47720-8217
 28638049       +Roberts Oxygen Company, Inc,    P.O. Box 5507,    Rockville, MD 20855-0507
```

```
District/off: 0416-0          User: khorning            Page 3 of 5                  Date Rcvd: May 28, 2014
                              Form ID: pdfall           Total Noticed: 210


28638050      Roquette America, Inc,   2905 Eagle Way,    Chicago, IL 60678-1290
28638058      SPS Commerce Inc.,    VB Box 3,   Box 9202,    Minneapolis, MN 55480-9202
28708331     +SPS Commerce, Inc.,    333 South 7th St,    Suite 1000,    Minneapolis, MN 55402-2421
28638059    ++STEPHEN GOULD CORPORATION,    35 SOUTH JEFFERSON ROAD,    WHIPPANY NJ 07981-1043
              (address filed with court: Stephen Gould Corporation,     20111 A Century Blvd,
              Germantown, MD 20874)
28586916     +Secretary of the Treasury,    15th and Pennsylvania Ave., N.W.,    Washington, DC 20220-0001
28638053      Sensient Colors,    P.O. Box 934709,    Atlanta, GA 31193-4709
28638054     +Siemens Energy & Automation Inc,    P.O. Box 91433,    Industrial Service Division,
              Chicago, IL 60693-1433
28638055      Sigma-Aldrich Inc,    P.O. Box 535182,    Atlanta, GA 30353-5182
28682076     +Sigma-Aldrich, Inc,    3050 Spruce St,    St. Louis, MO 63103-2530
28638056     +Silliker, Inc.,    6390 Hedgewood drive,    Allentown, PA 18106-9588
28638057     +Silva, Erika,    115 Tillman place,    Frederick, MD 21703-6117
28586914     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
28586661     +Stephen Samuel Burgoon,    5235 Westview Dr.,    #100,    Frederick, MD 21703-8397
28586662     +Surekap,    579 Barrow Park Drive,    Winder, GA 30680-3417
28638062     +Susan B Levy Consulting,    635 Salter Place,    Westfield, NJ 07090-1314
28638063      T & R Chemicals, Inc.,    700 Cellum Road,    Clint, TX 79836
28638007    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,     PO Box 5855,
              Carol Stream, IL 60197-5855)
28638065     +Telegia Communications, Inc,    5310 Spectrum Dr,,    Suite C,   Frederick, MD 21703-7337
28638066      Thomas Engineering Inc.,    P.O. Box 950198,    Hoffman Estates, IL 60195-5817
28638067     +Thomas Scientific,    P.O. Box 99,    Swedesboro, NJ 08085-6099
28638068      Thorpe North & Western LLP,    P.O. Box 1219,    Sandy, UT 84091-1219
28638071     +Tilley Chemical Co., Inc,    P.O. Box 75078,    Baltimore, MD 21275-5078
28597878      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
28638072     +Tricorbraun Design & Engineering,    #417659   MA5-527-02-07,    2 Morrissey Blvd,
              Dorchester, MA 02125-3312
28586912     +U.S. Attorney-District of MD,    4th floor,    36 S. Charles St.,    Baltimore, MD 21201-3122
28638074      UL Verification Services,Inc.,    PO Box 415534,    Boston, MA 02241-5534
28638075      ULINE,    PO Box 88741,    Waukegan, IL 60080-1741
28638080      UPS Freight,    28013 NETWORK PL,    Chicago, IL 60673-1280
28638081      UTI Transport Solutions,    PO Box 403526,    Atlanta, GA 30384-3526
28638073     +Uk, Tuan,    1072 Redfield court,    Apt 1C,    Frederick, MD 21703-6283
28638076     +Unisource,    850 N Arlington Heights Rd,    Itasca, IL 60143-2885
28586664     +Unisource Worldwide Inc.,    850 N. Arlington Heights Rd,    Itasca, IL 60143-2885
28654119     +United Parcel Service (Freight),    c/o Receivable Management Services ("RMS,    P.O. Box 4396,
              Timonium, MD 21094-4396
28638078      Univar USA Inc,    Bank of America, Lock Box 1000,    West Temple Stree Ground Floor/,
              File #56019,    Los Angeles, CA 90012
28638083     +VaLogic, LLC,    21 B Byte Ct,    Frederick, MD 21702-8724
28586665     +Valogic LLC,    21-B Byte Court,    Frederick, MD 21702-8724
28638084      Vector Security,    P.O. Box 89462,    Cleveland, OH 44101-6462
28638085     +Vidhi Parikh,    18109 Metz drive,    Germantown, MD 20874-2313
28638087      Waste Management of MD,    P.O. Box 13648,    Philadelphia, PA 19101-3648
28638089      Wells Fargo Bank, N.A.,    MAC N9311-161 Sixth and Marquette,    Frederick, MD 21703
28586667     +Wells Fargo Capital Finance, LLC,    P.O. Box 4568,    Federal Way, WA 98063-4568
28586668     +Willard Packaging Co.,    18940 Woodfield Rd,    Gaithersburg, MD 20879-4717
28638093     +Worldlabel.com,    104 South Division Street,    Suite 4A,    Peekskill, NY 10566-3610
28638094      Worldwide Express,    DC 211 Perry Parkway,    Suite 5,    Gaithersburg, MD 20877
28638095     +Yahoo Hotjobs,    PO Box 0506,    Carol Stream, IL 60132-0506
28586669     +Zicam LLC,    1 Grande Commons,    440 Rte 22,    Suite 130,    Bridgewater, NJ 08807-2485
28638096      Zicam LLC,    1 Grande Commons, 440 Rte.,    22E, Ste 130,    Bridgewater, NJ 08807
28656536      willard packaging co., inc,    17521 wwodfield road,    gaithersburg, MD 20879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov May 28 2014 20:09:28     U.S. Trustee - Greenbelt,
              6305 Ivy Lane Suite 600,    Greenbelt MD 20770-6305
28637913      E-mail/Text: g20956@att.com May 28 2014 20:10:35      AT&T,    P.O. Box 6463,
              Carol Stream, IL 60197-6463
28623311      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 28 2014 20:16:04
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK   73124-8848
28675301      E-mail/Text: bankruptcy@bbandt.com May 28 2014 20:09:14      BB&T Bankruptcy,    PO Box 1847,
              Wilson, NC   27894,    bankruptcy@bbandt.com,    866-813-1624
28637918     +E-mail/Text: bankruptcy@bbandt.com May 28 2014 20:09:14      BB&T Financial FSB,    PO Box 580340,
              Charlotte, NC 28258-0340
28637928      E-mail/Text: jasmin.merced@wolterskluwer.com May 28 2014 20:10:37      C T Corporation,
              P.O. Box 4349,    Carol Stream, IL 60197-4349
28586915      E-mail/Text: cio.bncmail@irs.gov May 28 2014 20:09:06      Internal Revenue Service,
              Centralized Insolvency Section,    PO Box 21126 (DP-N-781),    Philadelphia, PA 19114
28637990      E-mail/Text: cio.bncmail@irs.gov May 28 2014 20:09:07      Internal Revenue Service,
              Department of the Treasury,    Cincinnati, OH 45999-0039
28586652      E-mail/Text: GMILLER@ISPCORP.COM May 28 2014 20:10:41      ISP Technologies, Inc,
              88076 Expedite Way,    Chicago, IL 60695-0001
28638003     +E-mail/Text: acctpay@labeltech.com May 28 2014 20:08:43      Label Technology,
              2050 Wardrobe Avenue,    Merced, CA 95341-6409
```

```
District/off: 0416-0          User: khorning              Page 4 of 5                 Date Rcvd: May 28, 2014
                              Form ID: pdfall             Total Noticed: 210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
28638038      E-mail/Text: bankruptcy@firstenergycorp.com May 28 2014 20:09:39     Potomac Edison,
               PO Box 3615,    Potomac Edison,    Akron, OH 44309-3615
28586659      E-mail/Text: bankruptcy@firstenergycorp.com May 28 2014 20:09:39     Potomac Edison,
               PO Box 3615,    Akron, OH 44309-3615
28638052      E-mail/Text: ACCOUNTING@SHAPIRO.COM May 28 2014 20:09:34    Samuel Shapiro & Co.,
               P.O. Box 64972,    Baltimore, MD 21264-4972
28586911      E-mail/Text: treasuryquestions@frederickcountymd.gov May 28 2014 20:09:23     Treasurer of,
               Frederick County,    30 North Market Street,    Frederick, MD 21701-5420
28586917      E-mail/Text: AtlReorg@sec.gov May 28 2014 20:09:32    Branch of Reorganization,
               Sec. & Exch. Commission,    3475 Lenox Road NE (Suite 1000),    Atlanta, GA 30327-1232
28638079      E-mail/Text: bankruptcy@unum.com May 28 2014 20:08:34     Unum Life Insurance Co. of America,
               P.O. Box 406990,    Atlanta, GA 30384-6990
28731138     +E-mail/Text: Bankruptcy@washgas.com May 28 2014 20:09:37    Washington Gas,   Bankruptcy Dept.,
               6801 Industrial Rd.,    Rm 115A,    Springfield VA 22151-4205
28638086     +E-mail/Text: Bankruptcy@washgas.com May 28 2014 20:09:37    Washington Gas,   P.O. Box 170,
               1800 N. Market Street,    Frederick, MD 21701-3293
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28586638      B R E Mars Property Owner, Inc.,   INVALID ADDRESS PROVIDED
28586639      BRE/Mars,   Two North River,   Suite 2350
28637921      Bio-Rad
28637946      Daymon Worldwide
28637970      Gazi, Lili R
28637978      Grand Total :
28637979      Grand Total :
28637980      Grand Total :
28637982      Great Atlantic
28586648      Great Atlantic
28638029      New England Motor Frieght
28638051      Rosenburg Martin Greensburg, LLP
28638088      Welch Home Clark
28586666      Wells Fargo Bank, N.A.,   INVALID ADDRESS PROVIDED
28637897*    +AAI Pharma,   2320 Scientific Park Dr.,    Wilmington, NC 28405-1800
28637909*     ALS Environmental,    8081 Lougheed Hwy,   Burnaby,   British Columbia, Canada V5A1W9
28637910*     Amcor Flexibles,   22553 Network Place,    Chicago, IL 60673-1225
28637914*    +Aylward Enterprises, LLC,    401 Industrial Drive,   New Bern, NC 28562-5437
28637941*    +Corporation Service Co as Rep.,    P.O. Box 2576,   Springfield, IL 62708-2576
28637959*     Fed-Ex Freight,   PO Box 223125,    Pittsburgh, PA 15251-2125
28637964*     Fisher Scientific,   PO Box 3648,    Boston, MA 02241-3648
28637969*    +Fortitech Inc,   2105 Technology Dr,    Schenectady, NY 12308-1151
28637971*    +GE Capital Corop.,    20225 Watertower Blvd.,   Brookfield, WI 53045-3597
28637983*     Hartford Fire Insurance Company,    PO Box 660916,   Dallas, TX 75266-0916
28637984*     Hartford Fire Insurance Company,    PO Box 660916,   Dallas, TX 75266-0916
28637989*    +IMA North America,    7 New Lancaster Rd,   Leominster, MA 01453-5224
28637992*     ISP Technologies, Inc,    88076 Expedite Way,   Chicago, IL 60695-0001
28638012*     Maryland Comptroller of Treasury,    301 W Preston St,   Baltimore, MD 21201-2383
28638013*     Maryland Comptroller of Treasury,    301 W Preston St,   Baltimore, MD 21201-2383
28638014*    +Maryland DLLR,   1100 North Eutaw Street,    Baltimore, MD 21201-2201
28638015*    +Maryland DLLR,   1100 North Eutaw Street,    Baltimore, MD 21201-2201
28638027*    +Natoli Engineering,    28 Research Park Circle,   St Charles, MO 63304-5624
28638028*    +Natoli Engineering,    28 Research Park circle,   St Charles, MO 63304-5624
28638039*     Potomac Edison,   PO Box 3615,    Akron, OH 44309-3615
28638042*    +Premier Health Concepts LLC,    1100 Jorie Blvd.,   Oakbrook, IL 60523-2244
28638060*    +Surekap,   579 Barrow Park Dr,    Winder, GA 30680-3417
28638061*    +Surekap,   579 Barrow Park Drive,    Winder, GA 30680-3417
28638069*    +Thorpe, North and Western, LLP,    PO Box 1219,   Sandy, UT 84091-1219
28638070*    +Ticorbraun Inc.,   10330 Old Olive St.,    Saint Louis, MO 63141-5933
28638077*    +Unisource Worldwide Inc.,    850 N. Arlington Heights Rd,   Itasca, IL 60143-2885
28638082*    +Valogic LLC,   21-B Byte Court,    Frederick, MD 21702-8724
28638090*    +Wells Fargo Capital Finance, LLC,    P.O. Box 4568,   Federal Way, WA 98063-4568
28638092*    +Willard Packaging Co.,    18940 Woodfield Rd,   Gaithersburg, MD 20879-4717
28638091*    +Willard Packaging Co.,    18940 Woodfield Road,   Gaithersburg, MD 20879-4717
28637919     ##+Biddle sawyer Corporation,    21, pennPlaza,   360 west,   31st Street,   Newyork, NY 10001-2862
28637932     ##+Charles Opoku,    6735 Balck duck court,   Frederick, MD 21703-9550
28637939     ##+Complete Air Solutions, Inc,    5111 Pegasus Court #F,   Frederick, MD 21704-8318
28638025     ##+MVP Law Group, P.A.,    3905 National Dr.,   Ste. 110,   Burtonsville, MD 20866-6123
28638033     ##+Novus Fine Chemicals,    426 Orchard Street,   Carlstadt, NJ 07072-1417
28586660     ##+Premier Health Concepts LLC,    1100 Jorie Blvd.,   Oakbrook, IL 60523-2244
28638064     ##+Tamperco,   612 El Portal Drive,    Chula Vista, CA 91914-4112
28586663     ##+Ticorbraun Inc.,    10330 Old Olive St.,   Saint Louis, MO 63141-5933
                                                                                     TOTALS: 14, * 30, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0416-0          User: khorning              Page 5 of 5               Date Rcvd: May 28, 2014
                              Form ID: pdfall             Total Noticed: 210
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2014 at the address(es) listed below:
              Alan   Betten     abetten@sagallaw.com
              Lynn A. Kohen     lynn.a.kohen@usdoj.gov
              Ronald J Drescher    ecfdrescherlaw@gmail.com, ltucker@drescherlaw.com,ecf@drescherlaw.com,
               myecfdrescher@gmail.com,edalton@drescherlaw.com
              Steven N. Leitess    steven.leitess@lf-pc.com, ecf@lf-pc.com,gordon.young@lf-pc.com
              US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
                                                                                         TOTAL: 5
```

**SO ORDERED**
**The hearing shall take place on June 19, 2014 at 10:30 A.M. in Courtroom 3-D.**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Capricorn Pharma, Inc. | * | Case No.   14-12941 PM |
| | * | Chapter   11 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER AND NOTICE OF A HEARING
### ON MOTION TO CONVERT TO CHAPTER 7 OR, IN THE ALTERNATIVE TO DISMISS CASE

United States Trustee having filed a motion to convert to chapter 7 or, in the alternative to dismiss case, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002-1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert to chapter 7 or, in the alternative to dismiss case will be held on the date and time set forth above, in Courtroom 3D of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland; and it is further

ORDERED, that if no objection is filed by any party in interest to the United States Trustee's motion to convert to chapter 7 or, in the alternative to dismiss case within fourteen (14) days after the date a copy of this Order is served, the motion to dismiss may be granted without a hearing.

cc:   Counsel for Debtor(s) -
      U.S. Trustee
      All creditors and parties in interest

**End of Order**

11Dism --17.6b  -- 1/20/10kh*